IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

RAYMOND CHESTNUT,                         *

              Petitioner,        *

v.                                                          Case No.  7:22-CV-69(WLS)
                               *

FEDERAL BUREAU OF PRISONS, et al.,        *

             Respondents.        *

_____  *

## J U D G M E N T

Pursuant to this Court's Order dated August 18, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 18th day of August, 2022.

David W. Bunt, Clerk


s/ S. B. DeCesare, Deputy Clerk